TOM LENORA v. STATE.

No. A-8056.  Oinion Filed July 11, 1931.
(1 Pac. [2d] 832.)

O. H. Whitt, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM.  The plaintiff in error was convicted in the county court of Pittsburg county on a charge of having the possession of intoxicating liquor and was sen-

tenced to pay a fine of $500 and to serve 90 days in the county jail. He filed an application for the record, supported by a sufficient affidavit showing his inability to pay for same. His application was denied. This was error requiring a reversal. Jeffries v. State, 9 Okla. Cr. 573, 132 Pac. 823; Hutchins v. State, 13 Okla. Cr. 717, 167 Pac. 338; Brogdon v. State, 38 Okla. Cr. 269, 260 Pac. 784.

The case is reversed and remanded.